**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| NORA PHILLIPS; ERIKA PINHEIRO; NATHANIEL DENNISON, | No. 21-55768 |
| | D.C. No. 2:19-cv-06338-SVW-JEM |
| *Plaintiffs-Appellants*, | |
| v. | |
| U.S. CUSTOMS AND BORDER PROTECTION; MARK MORGAN; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; MATTHEW ALBENCE; FEDERAL BUREAU OF INVESTIGATION; CHRISTOPHER WRAY, | ORDER |
| *Defendants-Appellees*. | |

Filed May 30, 2024

Before:  Mary M. Schroeder, Richard C. Tallman, and Sandra S. Ikuta, Circuit Judges.

Order

**ORDER**

The panel has unanimously voted to deny the petition for panel rehearing. Plaintiffs-Appellants' petition for panel rehearing, dkt. 58, is DENIED.

Judge Ikuta voted to deny the petition for rehearing en banc, and Judge Tallman so recommended. Judge Schroeder recommended granting the petition for rehearing en banc. The full court was advised of the petition for rehearing en banc. A judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor of en banc consideration. Fed. R. App. P. 35. Judge H.A. Thomas recused herself and did not participate in the deliberations or vote. Plaintiffs-Appellants' petition for rehearing en banc, dkt. 58, is DENIED.